IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 16-05018-01-CR-SW-MDH |
| CARLA RATHMANN, | ) ) ) | |
| Defendant. | ) ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two contained in the Information filed on June 6, 2016, and Defendant's admittance of Forfeiture Allegation contained in the Information, are now <u>Accepted.</u> The Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                                                      s/Douglas Harpool
                                                                               **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**

Date: June 28, 2016